fective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 90–1126.   NORMAN ET AL. *v.* REED ET AL.; and
No. 90–1435.   COOK COUNTY OFFICERS ELECTORAL BOARD ET AL. *v.* REED ET AL.   Sup. Ct. Ill.   [Certiorari granted, 500 U. S. 931.]   Motion of petitioners Cook County Officers Electoral Board et al. to expedite oral argument granted.

No. 90–6113.   WHITE *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. [Certiorari granted, 500 U. S. 904.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–8229.   IN RE ROBINSON.   Petition for writ of habeas corpus denied.

No. 90–7975.   IN RE LEE.   Petition for writ of mandamus denied.

No. 90–1596.   ROBERTSON, CHIEF, UNITED STATES FOREST SERVICE, ET AL. *v.* SEATTLE AUDUBON SOCIETY ET AL.   C. A. 9th Cir.   Certiorari granted.

No. 90–7477.   SMITH *v.* BARRY ET AL.   C. A. 4th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–6960.   YOUNG *v.* MILLER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 89–7296.   LOPEZ-PENA ET AL. *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 89–7539.   MARTINEZ *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–293.   WHEREHOUSE ENTERTAINMENT, INC., ET AL. *v.* McMAHAN & CO. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 90–341.   ROSENBERG ET AL. *v.* CITY OF LORAIN, OHIO. Ct. App. Ohio, Lorain County.   Certiorari denied.